✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 05, 2018**

SEAN F. McAVOY, CLERK

U.S.A. vs.        Murphy, Nicole Lynette        Docket No.        2:17CR00208-TOR-3

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Nicole Lynette Murphy, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 29th day of November 2017, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless whether Defendant has been authorized medical marijuana under state law.

**Special Condition # 27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant tested positive for the presence of amphetamine and methamphetamine on February 6, 2018.

**Violation #2:** The defendant tested positive for the presence of methamphetamine on March 1, 2018.

**Violation #3:** The defendant tested positive for the presence of amphetamine and methamphetamine on March 12, 2018.

**Violation #4:** The defendant tested positive for the presence of methamphetamine on March 28, 2018.

**Violation #5:** The defendant tested presumptively positive for the presence of methamphetamine on April 4, 2018.

**Violation #6:** The defendant failed to submit to random urinalysis testing on four occasions.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

PS-8
**Re: Murphy, Nicole Lynette**
**April 4, 2018**
**Page 2**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    April 4, 2018

by    s/Erik Carlson

Erik Carlson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

April 5, 2018

Date